UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAUL ZAMORA PORRAS,

Petitioner,

v.

WARDEN-FACILITY ADMINISTRATOR ADELANTO ICE PROCESSING CENTER, *et al.*,

Respondents.

Case No. 5:26-cv-03676-FLA (AS)

**ORDER ACCEPTING IN PART FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [DKT. 14]**

On July 1, 2026, Petitioner Raul Zamora Porras (A# 095-751-606), in *pro se*, filed a document tiled "Motion for Writ of Habeas Corpus, (28 U.S.C. 2241) and Emergency Motion for Temporary Restraining Order and Show of Cause," which the court construes as a petition for writ of *habeas corpus* under 28 U.S.C. § 2241 ("Petition"). Dkt. 1. Petitioner contends his May 9, 2026 arrest by U.S. Immigration and Customs Enforcement and ongoing detention violate his rights under the Due Process Clause of the Fifth Amendment, and requests the court order Respondents to provide him with an individualized bond hearing or release him immediately under reasonable conditions of supervision. *Id.* at 3–4, 10–11.

On July 13, 2026, Respondents filed an Answer to the Petition, stating in relevant part: "Respondents do not oppose Petitioner's request for a bond hearing pursuant to 8 U.S.C. § 1226(a)," but "oppose Petitioner's alternative request for immediate release." Dkt. 10 at 2.

On July 15, 2026, the assigned Magistrate Judge issued a Report and Recommendation ("Report"), recommending this court grant the Petition in the alternative and enjoin Respondents from continuing to detain Petitioner unless he is provided with a bond hearing. Dkt. 14 at 15.

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition (Dkt. 1), Respondents' Answer to the Petition (Dkt. 10), the Report (Dkt. 14), and all relevant portions of the docket. No objections were filed to the Report as of the date of this Order. The court ACCEPTS in part the Report and ADOPTS the Magistrate Judge's recommendation that Respondents be enjoined from continuing to detain Petitioner unless he is provided with a bond hearing. In light of Respondents' non-opposition to Petitioner's request for a bond hearing, the court DECLINES to adopt the reasoning set forth in the Report as not necessary for the court's ruling.

/ / /

/ / /

/ / /

The court, therefore, GRANTS the Petition in the alternative and ORDERS as follows:

1) Respondents are ENJOINED from continuing to detain Petitioner Raul Zamora Porras (A# 095-751-606) unless he is provided an individualized bond hearing that complies with the requirements of due process and all applicable statutes and regulations, within seven (7) days of the docketing of this Order;
2) Respondents shall provide a physical copy of this Order to Petitioner within two (2) days of the docketing of this Order; and
3) Respondents shall file a status report within ten (10) days of the docketing of this Order, attesting to their compliance with this Order.

IT IS SO ORDERED.

Dated: September 1, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge