JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ZAMORA PORRAS,<br>Petitioner,<br>v.<br>WARDEN-FACILITY ADMINISTRATOR ADELANTO ICE PROCESSING CENTER, *et al.*,<br>Respondents. | Case No. 5:26-cv-03676-FLA (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting in Part Findings, Conclusions, and Recommendations of United States Magistrate Judge, the court GRANTS Petitioner Raul Zamora Porras' (A# 095-751-606) petition for writ of *habeas corpus* (Dkt. 1) and ENTERS Judgment in Petitioner's favor.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 1, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge